# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NY-SI | E1665477 | GAGNIER | 5050 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/19/2024 1902
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 38 CFR 1.218 (b)(4)
**Place of Offense:** 800 IRVING AVE, SYRACUSE, NY 13210
**Offense Description; Factual Basis for Charge:** WILLFUL DESTRUCTION, DAMAGE OR REMOVAL OF GOVERNMENT PROPERTY WITHOUT AUTHORIZATION
**HAZMAT:** ☐

### DEFENDANT INFORMATION
**Phone:** (207) 274-8568
**Last Name:** LINDSAY
**First Name:** THORNTON
**M.I.:** G
**Street Address:** [redacted]
**City:** YARMOUTH
**State:** ME
**Zip Code:** 04096
**Date of Birth:** [redacted]
**Drivers License No.:** [redacted]
**CDL:** ☐
**D.L. State:** [redacted]
**Social Security No.:** [redacted]

☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female  **Hair:** BRO  **Eyes:** HAZ  **Height:** 5'11  **Weight:** 165

### VEHICLE
VIN: —  CMV ☐
Tag No. | State | Year | Make/Model | PASS ☐ | Color

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →
$ 530 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: | Date: | Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Defendant Signature:** [signed]

Original - CVB Copy

*E1665477*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation       ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/17/2025 14:3

CVB SCAN 01/17/2025 14:3

**USDCVN # E1665477**

## STATEMENT OF PROBABLE CAUSE

(For Issuance of an arrest warrant or summons)

I state that on 28 October, 2024 at approximately 1320 hrs while exercising my duties as a law enforcement officer in the Northern District of New York, I responded to the police department of the VA Hospital at 800 Irving Avenue Syracuse NY 13210 to investigate an instance of theft of government property reported to police on 28 October 2024. Upon investigation the defendant, Thornton G. Lindsay (01/27/2006), did admit to the below affiant to violating CFR 1.218 (b)(04) Willful destruction, damage, or removal of Government property without authorization, by intentionally stealing a blue plastic bollard sleeve with reflective VA decals on the top, total value of $86.00, causing a loss to the U.S. Government and Dept. of Veterans affairs and eliminating the ability for the agency to utilize the bollard sleeves for protection of bollards.

The foregoing statement is based upon:

___  my personal observation            _X_  my personal investigation

___  information supplied to me from my fellow officer's observation

_X_  other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____

Date (10/28/2024)            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (___/___/___)            U.S. Magistrate Judge